NO. 07-12-00306-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL C

NOVEMBER 14, 2012

_____

XTREME OPERATING COMPANY, L.L.C.,
F/K/A IRA OIL & GAS, L.L.C., APPELLANT

v.

SUBMERSIBLE PUMP SPECIALIST, INC., APPELLEE

_____

FROM THE 119TH DISTRICT COURT OF RUNNELS COUNTY;

NO. 14,540; HONORABLE BEN WOODWARD, JUDGE

_____

Before QUINN, C.J., and HANCOCK and PIRTLE, JJ.

**MEMORANDUM OPINION**

On November 2, 2012, appellant, Xtreme Operating Company, L.L.C. f/k/a Ira Oil & Gas, L.L.C., filed a motion to dismiss its appeal. No decision of this Court having been delivered to date, we grant the motion. Accordingly, appellant's appeal is dismissed. See TEX. R. APP. P. 42.1(a)(1). Appellant's motion requested that costs be taxed against appellant. If dismissal will prevent appellee from seeking relief to which it would otherwise be entitled, the Court directs appellee to file a timely motion for rehearing. No motion for rehearing from appellant will be entertained.

Mackey K. Hancock
Justice